**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Ikia Truesdale,

   *Plaintiff,*

  v.

District of Columbia Government

   *Defendant*.

Case No.: 1:21-cv-00315-DLF

**NOTICE OF WITHDRAWAL OF APPEARANCE**

   Comes now attorney Roberto E. Alejandro, pursuant to LCvR 83.6(b), and with consent of Plaintiff Ikia Truesdale, hereby gives notice that he withdraws as counsel for Plaintiff, who remains represented in this action by lead counsel Mr. Charles Tucker, Esq.

      Respectfully submitted,

      The Law Office of Roberto E. Alejandro, LLC

        /s/ *Roberto E. Alejandro*

      Roberto E. Alejandro
      PO Box 313
      Owings Mills, MD 21117
      T: (646) 574-8598
      F: (443) 458-4585
      roberto@alejandrolegal.com
      *Co-Counsel for Plaintiff*

      and,

      Ikia Truesdale
      705 Skybridge Drive
      Upper Marlboro, MD 20774
      *Plaintiff*

**DocuSign**

## Certificate Of Completion

| | |
|---|---|
| Envelope Id: 89D75854916444A9900FC6C2B49CE333 | Status: Completed |
| Subject: Complete with Docusign: Notice of Withdrawal_TRUESDALE.docx | |
| Source Envelope: | |

| | | |
|---|---|---|
| Document Pages: 1 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Roberto Alejandro |
| AutoNav: Enabled | | 901b Old Annapolis Neck Rd |
| EnvelopeId Stamping: Enabled | | nil |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | Annapolis, MD  21403 |
| | | roberto@alejandrolegal.com |
| | | IP Address: 96.244.217.136 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Roberto Alejandro | Location: DocuSign |
| 10/21/2024 7:36:51 AM | roberto@alejandrolegal.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ikia Truesdale<br>ikiatruesdale6@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>1F8C5B12406942C...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 108.28.250.182<br>Signed using mobile | Sent: 10/21/2024 7:42:41 AM<br>Viewed: 10/21/2024 7:43:09 AM<br>Signed: 10/21/2024 7:43:27 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 10/21/2024 7:43:09 AM<br>ID: bd5e0b0c-6a76-4a88-bbc0-71e3af14339f | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/21/2024 7:42:41 AM |
| Certified Delivered | Security Checked | 10/21/2024 7:43:09 AM |
| Signing Complete | Security Checked | 10/21/2024 7:43:27 AM |
| Completed | Security Checked | 10/21/2024 7:43:27 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2024, I caused a copy of the foregoing to be filed via the Court's electronic filing system, which makes service on all parties so entitled.

/s/ *Roberto E. Alejandro*
Roberto E. Alejandro