**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IKIA TRUESDALE, | ) | |
|     Plaintiff, | ) | |
|         v. | ) | No. 1:21-cv-00315-DLF |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| GOVERNMENT , | ) | |
| | ) | |
|     Defendant. | ) | |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Undersigned counsel, Charles Tucker Jr., Esq., respectfully moves this Court pursuant to Local Civil Rule 83.6(c) for leave to withdraw as counsel of record for Plaintiff IKIA TRUESDALE. In support thereof, counsel states as follows:

**GROUNDS FOR WITHDRAWAL**

**1. Reciprocal Disciplinary Suspension in the District of Columbia.** Undersigned counsel has been suspended from the practice of law in the District of Columbia as a result of a reciprocal disciplinary action based upon a suspension imposed by the Commonwealth of Virginia. Specifically, counsel agreed to a six-month suspension from the practice of law in Virginia. Pursuant to D.C. Bar Rule XI, § 11, the District of Columbia Board on Professional Responsibility has imposed a corresponding reciprocal suspension. As a result of this reciprocal suspension, undersigned counsel is currently not authorized to practice law in the District of Columbia and is therefore unable to continue representing Plaintiff in this matter as of March 23, 2026.

1

**2. Mandatory Withdrawal Required.** Rule 1.16(a)(1) of the D.C. Rules of Professional Conduct mandates withdrawal where continued representation would result in a violation of the Rules of Professional Conduct or other law. Continued appearance in this Court while subject to an active suspension would constitute unauthorized practice of law. Withdrawal is therefore not discretionary but mandatory.

**3. Client Has Been Notified.** Undersigned counsel has advised Plaintiff IKIA TRUESDALE of the suspension, its basis, and the consequent need to withdraw from this representation. Plaintiff has been informed of all pending deadlines and the current status of the litigation. Plaintiff is aware of the withdrawal and is actively in the process of securing new counsel.

**4. Request for Reasonable Time for Plaintiff to Obtain New Counsel.** Undersigned counsel respectfully requests that the Court grant Plaintiff a reasonable period of time—no less than sixty (60) days—to retain substitute counsel and for new counsel to enter an appearance.

**5. No Prejudice to Defendant.** This matter is at an early stage. A brief stay to allow Plaintiff to secure new counsel will not materially prejudice Defendant or unduly delay the proceedings. Undersigned counsel will promptly provide Plaintiff with copies of all relevant case documents and the complete file to facilitate the transition to new counsel, and will cooperate fully with any successor counsel.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully requests that the Court: (1) grant leave for Charles Tucker Jr., Esq. to withdraw as counsel of record for IKIA TRUESDALE Charles; (2) stay all pending deadlines for a period of no less than sixty (60) days to allow Plaintiff

to obtain new counsel; and (3) grant such other and further relief as the Court deems just and appropriate. A proposed order is submitted herewith.

Date: _____

Respectfully submitted,

/s/ Charles Tucker Jr.
CHARLES TUCKER JR., ESQ.
D.C. Bar No. 993515
Tucker McCann Law Group LLP
4933 Auburn Avenue, 2nd Floor
Bethesda, MD 20814
Office: (301) 338-6331
ctucker@tuckermccanngroupllp.onmicrosoft.com

Withdrawing Counsel for Plaintiff Beverly Charles

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2026, a true and correct copy of the foregoing Motion

for Withdrawal of Counsel was served upon all counsel of record via the Court's CM/ECF

electronic filing system, and that a copy was sent to Plaintiff IKIA TRUESDALE via email and

first-class U.S. mail at her address of record, with notice of all pending deadlines and the need to

obtain new counsel.


/s/ Charles Tucker Jr.
CHARLES TUCKER JR., ESQ.

4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BEVERLY CHARLES,         )
    Plaintiff,            )
v.                      )   No. 25-CV-02561 (SLS)
DISTRICT OF COLUMBIA,   )
    Defendant.        )

## [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AND STAYING PROCEEDINGS

Upon consideration of the Motion for Withdrawal of Counsel filed by Charles Tucker Jr., Esq., and good cause appearing therefor, it is this _____ day of _____ 2026, hereby

**ORDERED** that the Motion for Withdrawal of Counsel is GRANTED; and it is further **ORDERED** that Charles Tucker Jr., Esq. is hereby withdrawn as counsel of record for Plaintiff IKIA TRUESDALE; and it is further. **ORDERED** that all pending deadlines in this matter, are hereby STAYED for a period of sixty (60) days from the date of this Order to allow Plaintiff to retain substitute counsel; and it is further. **ORDERED** that Plaintiff IKIA TRUESDALE, within sixty (60) days of this Order, either cause new counsel to file a notice of appearance or file a pro se notice of intent to proceed without counsel; and it is further

**ORDERED** that withdrawing counsel shall promptly provide Plaintiff with a complete copy of her case file and all relevant documents.

SO ORDERED.

_____
SPARKLE L. SOOKNANAN
United States District Judge

5