**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IKIA TRUESDALE, | |
| *Plaintiff,* | |
| v. | No. 21-cv-315 (DLF) |
| DISTRICT OF COLUMBIA, | |
| *Defendant.* | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion for Summary Judgment, Dkt. 48, is **GRANTED**.

This is a final appealable order.  The Clerk of Court is directed to close this case.

**SO ORDERED**.

DABNEY L. FRIEDRICH
United States District Judge

March 31, 2026